UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  2:26–cv–01068–MWF–DSR          Date      April 28, 2026

Title    MICHAEL YOUNG V. LIFE INSURANCE COMPANY OF NORTH AMERICA

PRESENT: THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

　Rita Sanchez　                             Not Reported;
Courtroom Deputy                          Court Reporter

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
            None Present                               None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

      In light of the Notice of Settlement filed , the Court sets a hearing on Order To Show Cause Re Dismissal for July 1, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

      **IT IS SO ORDERED.**

                                                          Initials of Clerk:  rs