JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL YOUNG,<br><br>        Plaintiff,<br><br>        v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | Case No. 2:26-cv-01068-MWF (DSRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Michael W. Fitzgerald<br><br>Complaint Filed:  February 2, 2026 |

The Court has considered the parties' Stipulation to Dismiss Entire Action with Prejudice.  (Docket No. 16).  For good cause shown, IT IS HEREBY ORDERED that this action is **DISMISSED** in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that all dates previously set in this action are hereby vacated and taken off the Court's calendar.

IT IS FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: May 19, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge